**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-02367-LTB

DOUG HITCHENS and
SHERYL HITCHENS,

      Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Motion for Permission to Appear by Telephone at Scheduling Conference on December 12, 2012 (Doc 13 - filed December 6, 2012) is **GRANTED**.  Counsel is directed to contact chambers (303-844-2527) to provide a land line phone number where counsel will be available in advance of the December 12, 2012 hearing.

      The Motion by Moran Reeves & Conn, PC for Permission to Withdraw as Counsel of Record for Defendant (Doc 12 - filed December 6, 2012) will be addressed at the December 12, 2012 conference.


Dated:   December 7, 2012
_____