**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02367-LTB-BNB

DOUG HITCHENS and
SHERYL HITCHENS,

      Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC,

      Defendant.

_____

**ORDER**
_____

On December 12, 2012, this matter came before the Court on the Motion by Moran Reeves & Conn PC for Permission to Withdraw as Counsel of Record for Thompson National Properties, LLC (Doc 12). It appearing that the Defendant consents to the withdrawal of present counsel of record and it appearing that the Defendant is an limited liability company which cannot appear pro se and must appear through counsel,

IT IS ORDERED that Defendant secure the appearance of counsel **on or before January 2, 2013**, failing which default and default judgment may be entered against the Defendant.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   December 12, 2012