**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02367-LTB-BNB

DOUG HITCHENS and
SHERYL HITCHENS,

      Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC,

      Defendant.

_____

**ORDER**
_____

This will confirm dates set at the Scheduling Conference held April 9, 2013 in this matter:

-    Rule 56 Motions/Cross Motions are due **April 30, 2013**

-    Responses due **May 21, 2013**

-    Replies due **June 4, 2013**

-    Joint status report re: settlement negotiations due **April 26, 2013**

                                            BY THE COURT:

                                              s/Lewis T. Babcock_____
                                            Lewis T. Babcock, Judge

DATED: April 9, 2013