IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02367-LTB-BNB

DOUG HITCHENS, and
SHERYL HITCHENS,

Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC,

Defendant.
_____

## ORDER
_____

Based on my review of the parties' confidential statements, it is apparent that a settlement conference at this time would be a waste of resources. Consequently, I will not conduct a conference at this time.

SO ORDERED.

Dated May 8, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge