IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02367-LTB-BNB

DOUG HITCHENS, and
SHERYL HITCHENS,

      Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC,

      Defendant.

_____

ORDER
_____

THIS MATTER is before the Court on the Plaintiffs' Unopposed Motion for Fed.R.Civ.P. 56(d) Discovery (Doc 30). The Court having reviewed the file in this matter and being fully advised in the premises hereby GRANTS this request.

IT IS THEREFORE ORDERED THAT the Plaintiffs may conduct limited, expedited discovery in accordance with the schedule below and the deadlines in the Court's Order [Doc. #24] are extended as set forth below:

- May 13, 2013:   Deadline for Plaintiffs to serve written discovery.

- May 27, 2013:   Deadline for Defendant to serve responses and produce responsive documents.

- June 7, 2013:   Deadline to complete Mr. Anthony Thompson's deposition.

- June 14, 2013:   Deadline for the parties to submit briefs in opposition to motions for summary judgment.

- June 28, 2013: Deadline for the parties to submit reply briefs in support of motions for summary judgment.

DATED this   8th   day of May, 2013.

BY THE COURT:

  s/Lewis T. Babcock
U.S. District Court Judge