IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 12-cv-02367-LTB-BNB

DOUG HITCHENS, an individual, and
SHERYL HITCHENS, an individual,

    Plaintiffs,

v.

THOMPSON NATIONAL PROPERTIES, LLC, a Delaware limited liability company,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on March 18, 2014, incorporated herein by reference, it is

ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED IN PART, in regard to Plaintiffs' Breach of Guaranty Claim.  It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment is GRANTED IN PART, in regard to Plaintiffs' Unjust Enrichment Claim.

II.  PURSUANT to and in accordance with the Order entered by the Honorable Lewis T. Babcock on May 29, 2014, incorporated herein by reference, it is

ORDERED that Plaintiffs' Statement of Damages is GRANTED IN PART and DENIED IN PART.  It is

FURTHER ORDERED that Plaintiffs are awarded $146,542.11 in damages, attorney's fees and costs.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiffs, Doug Hitchens and Sheryl Hitchens and against Defendant, Thompson National Properties, LLC.

DATED at Denver, Colorado this  30th  day of May, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Seamon
Emily Seamon, Deputy Clerk

APPROVED AS TO FORM:

 s/Lewis T. Babcock
Lewis T. Babcock
Senior United States District Judge